**No. 10-6785. Ferrell Damon Scott, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 548, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8359.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 419.

**No. 10-6787. Van Thi Nguyen, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 548, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8397.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 618 F.3d 72.

**No. 10-6789. Michael Kennedy, Petitioner v. Michael P. Allera, et al.**

562 U.S. 1020, 131 S. Ct. 554, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8440.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 612 F.3d 261.

**No. 10-6790. William Thomas Mason, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 548, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8424.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6792. Ryan Adams Rodgers, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 548, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8453.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 379 Fed. Appx. 151.

**No. 10-6793. Espiridion Aranda, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 549, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8405.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 626.

**No. 10-6797. Orlan Hernan Valle, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 549, 178 L. Ed. 2d 402, 2010 U.S. LEXIS 8385.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 332.